FILED'08 FEB 21 13:20USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD J. HALL,

        Petitioner,

v.

NANCY HOWTON, Superintendent
Oregon State Correctional Institution,

        Respondent.

Civ. No. 05-974 JE

ORDER DISMISSING HABEAS
CORPUS PETITION

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 20th day of February, 2008.

_____
THE HONORABLE JOHN JELDERKS
U.S. Magistrate Judge

Submitted by:

*/s/ Thomas J. Hester*
Thomas J. Hester
Attorney for Petitioner

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION    O:\Client\Hester\Hall\Pleadings\Dismiss-Order.wpd